KEN LEAHY CONSTRUCTION, INC., an Oregon Corporation; Ken Leahy; Donna Leahy, Plaintiffs—Appellees,

v.

CITY OF GLADSTONE; Jonathan Block, Administrative Assistant for the City of Gladstone; John H. Hammond, Jr., City Attorney for the City of Gladstone; Ronald Partch, Administrator for the City of Gladstone, Defendants—Appellants,

and

Clackamas County, a political subdivision of the State of Oregon; Richard L. Polson, Building Services Supervisor for Clackamas County; Wade Byers, Mayoer of the City of Gladstone; Judith Ervin, Gladstone City Council member; Carl Gardner, Gladstone City Council member; Brent Graham, Gladstone City Council member; Ray Jaren, Gladstone City Council member; Mark Pagano, Gladstone City Council member; Tom Pagh, Gladstone City Council member, Defendants.

Ken Leahy Construction, Inc., an Oregon Corporation; Ken Leahy; Donna Leahy, Plaintiffs—Appellants,

v.

City of Gladstone; Jonathan Block, Administrative Assistant for the City of Gladstone; John H. Hammond, Jr., City Attorney for the City of Gladstone; Ronald Partch, Administrator for the City of Gladstone, Defendants—Appellees,

and

Clackamas County, a political subdivision of the State of Oregon; Richard L. Polson, Building Services Supervisor for Clackamas County; Wade Byers, Mayoer of the City of Gladstone; Judith Ervin, Gladstone City Council member; Carl Gardner, Gladstone City Council member; Brent Graham, Gladstone City Council member; Ray Jaren, Gladstone City Council member; Mark Pagano, Gladstone City Council member; Tom Pagh, Gladstone City Council member, Defendants.

Ken Leahy Construction, Inc., an Oregon Corporation; Ken Leahy; Donna Leahy, Plaintiffs—Appellees,

v.

City of Gladstone; Jonathan Block, Administrative Assistant for the City of Gladstone; John H. Hammond, Jr., City Attorney for the City of Gladstone; Ronald Partch, Administrator for the City of Gladstone, Defendants—Appellants.

Nos. 00–35473, 00–35752.
D.C. No. CV–98–01247–JE.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 8, 2002.*

* This disposition is not appropriate for publication and may not be cited to or by the courts

Decided June 4, 2002.

Before TROTT, T.G. NELSON, Circuit Judges, and SHADUR,** District Judge.

## ORDER

We REMAND for clarification and identification of the precise ground or grounds on which the district court granted summary judgment. We note that Leahy's lawsuit invoked both state and federal law bases for recovery and articulated different theories under each. We note also that the district court's order of May 22, 2000 does not provide this Court with adequate information about the legal basis for its decision assessing liability to decide this appeal. Moreover, if the district court granted summary judgment on federal takings grounds, the court shall reconsider its decision in light of *Tahoe–Sierra Preservation Council v. Tahoe Regional Planning Agency,* —— U.S. ——, 122 S.Ct. 1465, —— L.Ed.2d —— (2002).

The *sua sponte* award of damages on summary judgment is ordered VACATED. On remand, the district court shall permit the parties to brief the issue of damages before holding a hearing to determine the proper award.*** After making that determination, the district court shall reconsider whether attorney's fees are appropriate under 42 U.S.C. § 1988(b).

The parties shall bear their own costs of this appeal, and the panel shall retain jur-

of this circuit except as may be provided by Ninth Circuit Rule 36–3.

** The Honorable Milton I. Shadur, Senior United States District Judge for Northern District of Illinois, sitting by designation.

*** We offer no opinion on the appropriate measure or amount of damages.

isdiction over any subsequent appeals of this matter.

VACATED in part and REMANDED.